# Court of Appeals
# of the State of Georgia

ATLANTA, __January 06, 2016__

*The Court of Appeals hereby passes the following order:*

**A16A0503.  REGINALD L. MCRAE v. THE STATE.**

Reginald L. McRae pled guilty to possession of cocaine, and his judgment of conviction was entered on November 29, 2010.  He subsequently filed a pro se Motion to Modify Sentence Due to Clerical Error.  The trial court entered an order resolving the motion on March 27, 2014, and McRae filed a notice of appeal on May 5. We lack jurisdiction because the appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, McRae filed his notice of appeal 39 days after the trial court's order was entered.  Accordingly, the appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/06/2016__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*